JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST, TRUSTEES OF THE RIVERSIDE COUNTY EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, AND NATIONAL ELECTRICAL INDUSTRY FUND,<br><br>             Plaintiffs,<br><br>      vs.<br><br>PACIFIC ELECTRIC LIGHTING & SOUND, INC. a California corporation doing business as "W.B. WALTON ELECTRIC,"<br><br>             Defendant. | CASE NO.:  ED CV 12-01352 ABC (SPx)<br><br>ASSIGNED TO THE HONORABLE AUDREY B. COLLINS<br><br>[**PROPOSED**] JUDGMENT |

1

JUDGMENT

12-01352_Proposed Judgment.doc

1  On November 18, 2013, this action came on regularly for hearing, before the above-entitled Court, on Plaintiffs' motion for summary judgment. Appearances were stated on the record.

Having fully considered all briefs, arguments, evidence and other matters presented, the Court finds that there is no disputed issue of material fact remaining for trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Riverside County Electrical Health and Welfare Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Riverside County Educational and Training Trust Fund, Trustees of the San Bernardino County Electrical Educational and Training Trust Fund, Trustees of the Inland Empire IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, and National Electrical Industry Fund, shall recover from Defendant Pacific Electric Lighting & Sound, Inc., a California corporation doing business as "W.B. Walton Electric", the principal amount of $354,708.46, plus attorney's fees ~~of $~~ _XXXXX_, and court costs ~~of $~~ _XXXXX_, **IN AN AMOUNT TO BE DETERMINED**, together with post-judgment interest as provided by law.

DATED: November 12, 2013

_____
UNITED STATES DISTRICT COURT JUDGE